IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GOSPEL LIGHT MENNONITE CHURCH
MEDICAL AID PLAN d/b/a LIBERTY
HEALTHSHARE, BREANNA RENTERIA,
LAURA SMITH, and TAMMY WATERS,

      Plaintiffs,

      vs.                                           No. 23-CV-00276-MLG/KK

NEW MEXICO OFFICE OF THE
SUPERINTENDENT OF INSURANCE and
JENNIFER A. CATECHIS, Interim New
Mexico Superintendent of Insurance, in her
Official Capacity,

      Defendants.

**PLAINTIFFS' PRE-HEARING WITNESS AND EXHIBIT LISTS**

Plaintiff Gospel Light Mennonite Church Medical Aid Plan d/b/a Liberty HealthShare ("Gospel Light"), in accordance with the Court's instructions in its Notice of Hearing (Doc. 16) (filed May 18, 2023) ("NOH"), hereby discloses the following witnesses and exhibits it intends to use at the Friday, June 2, 2023 hearing on the Plaintiffs' Motion for Preliminary Injunction (Doc. 3) (filed Mar. 31, 2023).  Also discussed is the "anticipated duration of th[e Plaintiffs'] argument." NOH at 1.

**WITNESSES**

All four witnesses to be called by the Plaintiffs are 'will-call' (versus 'may-call') witnesses, except to the extent that they may have to be substituted (due to unavailability) on a one-to-one basis with a replacement witness (named below, to the extent possible) to testify on the same subject matter.

1.     Breanna Renteria
   Plaintiff & Gospel Light Member
   c/o Harrison & Hart, LLC
   924 Park Avenue SW, Suite E
   Albuquerque, NM 87102
   (505) 295-3261
   carter@harrisonhartlaw.com

   Ms. Renteria is expected to testify as a lay/fact witness regarding her membership in Gospel Light as a resident of several states (including, now, New Mexico), and the religious purposes thereof.

2.     Kevin McCarty
   Former Florida Insurance Commissioner
   c/o Harrison & Hart, LLC
   924 Park Avenue SW, Suite E
   Albuquerque, NM 87102
   (505) 295-3261
   carter@harrisonhartlaw.com

   Mr. McCarty is an insurance and insurance-regulation professional expected to testify as an expert witness regarding the differences between healthcare-sharing ministries ("HCSMs") and insurance companies, and the purpose and operation of the Affordable Care Act's exemption for HCSMs. His CV is attached hereto. *See Curriculum Vitae* of Kevin M. McCarty (Exhibit 1 to these Lists).

3.     Wes Humble
   Director of Ministry Services for Gospel Light
   c/o Harrison & Hart, LLC
   924 Park Avenue SW, Suite E
   Albuquerque, NM 87102
   (505) 295-3261
   carter@harrisonhartlaw.com

   Rev. Humble is a >30-year pastor who led two churches before joining Gospel Light as head pastor there, and he is expected to testify as a lay/fact witness regarding the religious bases of healthcare-sharing ministries generally, as well as the religious practices of and services provided by Gospel Light, specifically, which include prayer sessions (done ministry-wide through Zoom during the pandemic), a regular newsletter, a prayer call center, bereavement prayers with deceased members, and weekly 8-to-10-minute sermons and devotional videos.

4.     Wendy Kuhl
Project Manager for Negotiations and Key Accounts/Contracts for Gospel Light
c/o Harrison & Hart, LLC
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
(505) 295-3261
carter@harrisonhartlaw.com

Ms. Kuhl is a financial executive of Gospel Light expected to testify as a lay/fact witness regarding the financial operations of Gospel Light, including the facts outlined in her affidavit. *See* Affidavit of Wendy Kuhl (Doc. 3-23) (filed Mar. 31, 2023).

5.     Any witness(es) disclosed or called by the Defendants, necessary for impeachment or rebuttal, necessary to lay foundation (*e.g.*, authentication or the establishment of the business-records exception) for exhibits and/or whose testimony becomes necessary after the date of this filing.

## EXHIBITS

The exhibits to be used by the Plaintiffs at the hearing have already been attached to the Complaint (Doc. 1) (filed Mar. 31, 2023) (15 exhibits), the Plaintiffs' Motion for Preliminary Injunction (Doc. 3) (filed Mar. 31, 2023) (23 exhibits), and the Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction (Doc. 17) (filed May 19, 2023) (2 exhibits), and are a mix of documents suitable for judicial notice, that are self-authenticating, and/or that Gospel Light can lay a foundation for if needed if the Defendants intend to dispute the authenticity, etc. of them — although the Plaintiffs are not currently aware of any such objections by the Defendants, and would appreciate advance notice if they intend to lodge any — as well as the record proper (filings and transcripts) in the administrative proceeding before the Office of the Superintendent of Insurance ("OSI") captioned *In re Gospel Light Mennonite Church Medical Aid Plan d/b/a Liberty HealthShare*, OSI No. 2021-0085, and the judicial appeal of that administrative proceeding, captioned *Office of the Superintendent of Insurance v. Gospel Light Mennonite Church Medical*

*Aid Plan d/b/a Liberty HealthShare*, No. D-101-CV-2023-00660 (N.M. 1st Jud. Dist.), of which the Court can take judicial notice. Any additional exhibits added to this list are likely to be either internal financial documents of Gospel Light, or documents produced by the OSI in discovery in the aforementioned administrative proceeding.

## ANTICIPATED DURATION OF ARGUMENT

The Plaintiffs estimate that their witnesses can be completed in the morning or before the end of the lunch hour, assuming that cross-examination is kept moderate in length, that the Defendants do not necessitate the calling of foundation witnesses, and that opening statements and other preliminaries are kept to a minimum. As for argument, the Plaintiffs' preference would be to deliver very brief opening statements — and more importantly, to answer any questions the Court wants addressed in advance of the testimony — and then use whatever time remains at the conclusion of all testimony to deliver slightly longer closing arguments and, again more importantly, address the Court's questions. Absent such questions, the Plaintiffs legal presentations could be as short as 5-10 minutes for opening and ~30 minutes for closing.

The Plaintiffs also welcome the opportunity to submit additional closing arguments in writing and/or to provide supplemental briefing to the Court on any outstanding questions it may want fulsomely addressed, and the Plaintiffs have set aside time next week to handle such tasks, meaning that, from the Plaintiffs' perspective, the Court could set relatively ambitious deadlines for such written arguments/briefing if it desires. The Plaintiffs are also happy to submit proposed findings of fact and conclusions of law if doing so would be helpful to the Court, although moderately more time — such as ~10 days after completion of the transcript — is requested for that task.

Respectfully submitted,

HARRISON & HART, LLC

By: _____
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel: (505) 295-3261
Fax: (505) 341-9340
Email: carter@harrisonhartlaw.com

*Attorneys for the Plaintiffs*

**Exhibit List**

Ex. 1: *Curriculum Vitae* of Kevin M. McCarty (6 pages)

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May 2023, I filed the foregoing Witness and Exhibit Lists electronically via the Court's CM/ECF filing system, causing a copy of it to be served on all counsel of record.

HARRISON & HART, LLC

By: _/s/ Carter B. Harrison IV_
Carter B. Harrison IV

5