**Kevin McCarty**
2260 Wednesday St #200 Tallahassee, FL 32308
(850) 251-7381
Kevin@CelticGlobal.Consulting
Web: CelticGlobalConsulting.com

# Curriculum Vitae
# Of
# Kevin M. McCarty, J.D.

## Summary

Kevin McCarty is one of the nation's foremost experts on insurance and insurance regulation. After serving as Florida's Insurance Commissioner from 2003 to 2016, he brings extensive experience as a national and international leader on insurance markets, insurance regulation, global capital markets, and public policy. His career as an insurance regulator spans more than 27 years. Commissioner McCarty was involved in all aspects of insurance regulation and supervision covering property & casualty, life and health, and all specialty insurers. The areas of oversight included company admissions, financial surveillance, market conduct, and fraud investigations. In addition, Mr. McCarty was deeply involved in public policy discussions on the state, national, and international level including the development of national and international supervisory standards.

## Experience

### Celtic Global Consulting; 2016-Present

- **Manager and Founder (2016)**

    o Provides comprehensive consulting and strategic planning services focused on insurance issues and trends for state, national, and international clients. Multifaceted services include financial analysis, regulatory assessments, and advocacy on high-stakes issues and legislation. Clients include government entities, insurance related organizations, corporations, and investors.

- **Advisory Board Member, MBF Healthcare Partners**

### Florida Department of Insurance/Office of Insurance Regulation

**Florida Insurance Commissioner; 2003-2016**

- Led an agency of almost 300 professionals, with an annual budget of more than $30 million.

- Regulated and fostered a stable environment for the world's 12th largest insurance market.

- Led the regulatory effort to restore, stabilize, and develop the Florida property insurance market following an unprecedented eight devastating hurricanes in 2004 and 2005.

- Served as a leader in regulatory innovation by allocating resources to develop web-based systems and tools for businesses and consumers.

- Entered into a regulatory cooperation agreement with Health and Human Services(HHS) to minimize market disruption and promote market stability during the implementation of the Affordable Care Act.

**PLAINTIFF'S EXHIBIT 1**

Curriculum Vitae of Kevin McCarty

- Worked with industry, other stakeholders, and legislative leaders to pass workers' compensation reforms, resulting in a cumulative average statewide savings of 58.3% between 2003-2016.
- Served as chair of the Workers' Compensation Three Member Panel, which advocates needed reforms and sets reimbursement rates for medical services that can be cost-drivers to the workers' compensation insurance system.
- Initiated and led the efforts for the NAIC to reform individual state market conduct examinations of rating and advisory organizations to a coordinated data quality analysis.
- Initiated and led efforts on a multi-state basis to ensure the proper payment of life insurance settlements, returning over nine billion dollars to policyholders' beneficiaries across the country.
- Advised and recommended legislative changes to Florida's health care system as Chair of the Florida Health Care Insurance Advisory Board.
- Pioneered a national effort, with Florida and New York as the first states, to modernize reinsurance collateral requirements in the U.S., which led to the adoption of a new NAIC model law.
- Served as President of the NAIC in 2012, accomplishing the passage of Principle Based Reserving for U.S. insurers, among many other innovations and accomplishments.
- Served as Chair of several committees of the NAIC including the following:
    - Executive Committee (EX) (2012)
    - NAIC/State Government Liaison Committee (2012)
    - International Insurance Relations (G) Committee (2010-2011)
    - Audit Committee (2009)
    - Property and Casualty Insurance (C) Committee (2006-2008)
    - Financial Condition (E) Committee (2004)
- Played a leadership role on various international committees on behalf of Florida, the NAIC, and the U.S. These included executive-level participation in the International Association of Insurance Supervisors (IAIS), the Joint Forum, and the EU-U.S. Dialogue Project, as well as meetings with domestic and international industry groups, the Federal Reserve Board, and the Federal Insurance Office.
- Appointed Vice Chair of the Executive Committee of the IAIS, served on the IAIS Technical Committee, the Financial Stability Committee, the Coordination Group, and the Audit and Risk Committee.
- Worked with legislative and industry leaders in Florida to move policies from Citizens Property Insurance Corporation to the private market, resulting in a reduction in policies in force from 1.5 million to fewer than 500,000.
- Led national efforts to eliminate discriminatory drug formularies to ensure access to life-saving medications for individuals living with HIV/AIDS.
- Implemented technology initiatives to modernize and improve the efficiency of regulatory processes.
- Promoted a comprehensive national strategy to reduce insured losses after catastrophe and enhance claims paying capacity of insurers

Curriculum Vitae of Kevin McCarty

## Florida Department of Insurance/Office of Insurance Regulation; 1991-2003

**Deputy Insurance Commissioner, Deputy Director of Insurer Services, and Bureau Chief of Industry Coordination**

- Spearheaded catastrophe relief efforts after the devastation of Hurricane Andrew and worked to restore the homeowners' insurance market and the reinsurance market in Florida.
- Worked to enact legislation enhance insurance protection for health insurers to provide consumers protection for unregulated out of state insurers
- Managed the activities of and consulted with the underwriting associations and residual markets in Florida including liaison for stakeholders for workers' compensation.
- Chaired the committee at NAIC to develop a solution to the insurance crisis following 9/11 which ultimately led to the creation of the Terrorism Risk Insurance Act (TRIA)

## Education

J.D. University of Florida; Levin College of Law; 1986

B.A. University of Florida; Political Science; 1982

## Awards

- Distinguished Fellow by the International Association of Insurance Supervisors (2016)
- Insurance Man of the Year by the Latin American Association of Insurance Agencies (2015)
- Lifetime Achievement Award by the Florida Association for Insurance Reform (2015)
- Spirit of Independence Award from the National Association of Health Underwriters (2011)
- Esprit de Corps Award for outstanding service to the NAIC (2010)
- Regulator of the Year by LexisNexis (2008)

## Expert Witness Depositions

- 2/15/2022: KDH ARCHITECTURE, INC., A/A/O, SUN VISTA GARDENS CONDOMINIUM ASSOCIATION, INC. v. UNITED PROPERTY & CASUALTY INSURANCE COMPANY
    - IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FL
    - CASE NO.: CACE 19-023444
    - Video Deposition in Tallahassee, FL

Curriculum Vitae of Kevin McCarty

- 4/1/2021: OSMANYS ABRAHANTES, v. HOWARD TORN CONSTRUCTION ASSOCIATES, INC., ALPHA DOOR AND HARDWARE, INC., and TODD YEARY.
    - In the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida
    - CASE NO. 50-2017-CA-002279-XXXX-MB
    - Video Deposition in Tallahassee, Florida

- 12/17/2020: GULF-TO-BAY ANESTHESIOLOGY ASSOCIATES, LLC, v. UNITEDHEALTHCARE OF FLORIDA, INC., and UNITEDHEALTHCARE INSURANCE CO.
    - In the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida
    - CASE NO: 17-CA-011207
    - Video Deposition in Tallahassee, Florida

- 6/16/2020: DAVID DAY INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS. V. SARASOTA DOCTORS HOSPITAL, INC. D/B/A DOCTORS HOSPITAL OF SARASOTA
    - In the United States District Court for the Middle District of Florida Tampa Division
    - CASE NO.: 19-CV-015220VMC-TGW
    - Video Deposition in Tallahassee, FL

- 9/26/2018: ZENITH INSURANCE COMPANY V. DFS, DIVISION OF WORKERS COMPENSATION
    - State of Florida Division of Administrative Hearings
    - Case NO: DOAH 18-3844
    - Deposition in Tallahassee, FL

- 11/17/2017: HERRERA V. JFK MEDICAL CENTER, ET AL.
    - In the United States District Court for the Middle District of Florida Tampa Division
    - Case No: 8:14-cv-02327
    - Deposition in Tallahassee, FL

## Congressional Testimony

- 4/28/2015: The State of the Insurance Industry and Insurance Regulation

- 11/29/2012: Examining the Impact of the Proposed Rules to Implement Basel III Capital Standards"

- 5/17/2012: U.S. Insurance Sector: International Competitiveness and Jobs

- 7/21/2010: Continuing Care Retirement Communities

- 7/24/2008: Long-Term Care Insurance: Are Consumers Protected for the Long Term?

- 5/21/2008: The Impact of Credit-Based Insurance Scoring on the Availability and Affordability of Insurance

Curriculum Vitae of Kevin McCarty

- 2/11/2008: The Homeowners' Insurance Crisis and its Impact on Communities, Homeowners, and the Economy
- 3/27/2007: Perspectives on Natural Disaster Insurance
- 9/13/2006: Stabilizing Insurance Markets for Coastal Consumers
- 6/28/2006: Is the Housing Market Prepared for a Natural Disaster?

## Speeches, Presentations, and Publications

- 5/1/2016: The State of Long-Term Care Insurance: The Market, Challenges, and Future Innovations
- 4/26/2016: Performance Report to the Financial Services Commission
- 11/14/15: IAIS Annual General Meeting Cyber Panel Intro and Details
- 10/7/2015: NAIC Asia-Pacific International Forum
- 5/23/2015: Protect yourself when renting out your home
- 4/14/2015: Meeting of the Financial Services Commission
- 8/15/2014: NAIC Symposium
- 7/10/2014: Florida homeowners insurance market is strong
- 4/4/2014: Financial Stability Institute United States Solvency Framework *Focus on the Qualitative Aspects*
- 1/27/2014: The Regulatory Environment in the Florida Property Market
- 1/16/2014: The State of the Florida Insurance Industry
- 6/11/2013: The Future of Catastrophe Risk
- 10/12/2012: Natural Disasters and Insurance
- 6/26/2012: State of the Florida Homeowners' Insurance Market
- 5/28/2012: Whoa – Don't cash those rebate checks yet
- 5/23/2012: Health Care Rebate Myths
- 8/20/2011: Personal Injury Protection (PIP)

5

Curriculum Vitae of Kevin McCarty

- 3/23/2010: State of Florida's Insurance Market
- 9/15/2009: Challenges in the Property Insurance Market
- 8/11/2009: Bringing New Capital to Florida's Insurance Market
- 4/9/2009: A Comprehensive National Catastrophe Plan (Climate and Loss Mitigation Conference)
- 1/13/2009: Insurance Company Solvency Regulation