IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GOSPEL LIGHT MENNONITE
CHURCH MEDICAL AID PLAN
d/b/a LIBERTY HEALTHSHARE,
BREANNA RENTERIA,
LAURA SMITH, and
TAMMY WATERS,

    Plaintiffs,

v.    Case No. 1:23-cv-00276-MLG-KK

NEW MEXICO OFFICE OF THE
SUPERINTENDENT OF INSURANCE, and
ALICE KANE, Superintendent of Insurance,
in her official capacity,

    Defendants.

## ORDER

    This matter comes before the Court on Plaintiffs' Emergency Motion to Reconsider Memorandum Order Denying Motion for Preliminary Injunction, filed August 9, 2023. Doc. 44. Within the motion, Plaintiffs request expedited briefing. *Id.* at 4-5. The Court grants expedited briefing but denies Plaintiffs' highly abbreviated proposed briefing schedule. Instead, Defendants are ordered to respond to Plaintiffs' emergency motion (Doc. 44) by 11:59 p.m. on Thursday, August 17, 2023. Plaintiffs are ordered to file their reply by 11:59 p.m. on Thursday, August 24, 2023.

    It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA