IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GOSPEL LIGHT MENNONITE CHURCH
MEDICAL AID PLAN, *et al.*,

      Plaintiffs,

                                        Civ No. 23-276 MLG/KK

v.

NEW MEXICO OFFICE OF THE
SUPERINTENDENT OF INSURANCE, *et al.*,

      Defendants.

**ORDER EXTENDING CASE MANAGEMENT DEADLINES**

THIS MATTER came before the Court at hearing held on May 6, 2024, during which Plaintiffs requested a six-month extension of all unexpired case management deadlines. The Court, having reviewed the record, noting that the extension is unopposed by Defendants who have been delayed in their provision of discovery responses by a cyberattack, and being otherwise fully advised in the premises, finds that there is good cause to extend case management deadlines as requested.

      **IT IS, THEREFORE, ORDERED** that:

1.  The termination date for discovery is extended to December 9, 2024.

2.  The deadline for motions relating to discovery is extended to December 30, 2024.

3.  The deadline for pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) is extended to January 9, 2025.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE