IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BREANNA RENTERIA and LAURA
SMITH,

      Plaintiffs,

    v.                                      No. 1:23-cv-00276-MLG-KK

NEW MEXICO OFFICE OF THE
SUPERINTENDENT OF INSURANCE
and ALICE T. KANE, Superintendent of
Insurance, in her official capacity,

      Defendants.

## ORDER DENYING DISCOVERY MOTIONS WITHOUT PREJUDICE

Before the Court are: (1) Defendants' Motion to Quash Non-Party Former Interim Superintendent Jennifer Catechis' Deposition Subpoena and Motion for Protective Order (Doc. 103), filed November 13, 2024; (2) Defendants' Motion to Quash Non-Party Hearing Officer R. Alfred Walker's Deposition Subpoena and Motion for Protective Order (Doc. 104), filed November 13, 2024; (3) Plaintiffs' Motion to Extend Discovery Disclosure Deadlines Pending Written Order and Appeal (Doc. 114), filed December 4, 2024; (4) Plaintiffs' Motion to Compel Discovery Responses to Plaintiffs' Fourth Requests for Production (Doc. 128), filed January 8, 2025; and, (5) Plaintiffs' Motion to Compel Second FRCP 30(b)(6) Deposition on Discovery & Related Issues and for Sanctions (Doc. 131), filed January 15, 2025 (collectively, "Discovery Motions").

On February 14, 2025, the Court entered an Order Granting Defendants' Motion to Stay Discovery (Doc. 151), in which it stayed further discovery in this matter pending resolution of Defendants' Motion for Summary Judgment (Doc. 127). The Discovery Motions pertain to

2

depositions and discovery requests that have been stayed pursuant to the Court's order. In addition, the Court's resolution of Defendants' Motion for Summary Judgment may impact issues raised in the Discovery Motions or render them moot in whole or in part.

    IT IS THEREFORE ORDERED that the Discovery Motions are DENIED WITHOUT PREJUDICE to the parties' ability to re-file them in current or amended form after the Court lifts the discovery stay.

    IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE