IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GOSPEL LIGHT MENNONITE
CHURCH MEDICAL AID PLAN,
d/b/a LIBERTY HEALTHSHARE,
BREANNA RENTERIA, and
LAURA SMITH,

    Plaintiffs,

v.                                        No. 1:23-cv-00276-MLG-KK

NEW MEXICO OFFICE OF THE
SUPERINTENDENT OF INSURANCE, and
ALICE KANE, Superintendent of Insurance,
in her official capacity,

    Defendants.

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO VACATE HEARING**

Plaintiffs ask the Court to vacate a hearing on Defendants' Motion for Summary Judgment, Doc. 127, scheduled for June 10, 2025. *See generally* Plaintiffs' Unopposed Motion to Vacate June 10, 2025 Hearing and for a Scheduling Order Related to Motions for Summary Judgment ("Motion to Vacate"), Doc. 157. Plaintiffs also request a scheduling order related to their forthcoming—and apparently, complex—motion for summary judgment. *Id.* at 1-2. Their proposed briefing schedule would not conclude until July 30, 2025. *Id.* at 1.

Defendants' Motion for Summary Judgment has been fully briefed since February 12, 2025. *See* Doc. 148. The Court sees no compelling reason to delay oral argument on that motion based on anticipated filings. Accordingly, Plaintiffs' Motion to Vacate, Doc. 157, is denied.

The Court acknowledges, however, that additional directives may be helpful for the parties, given the potential for lengthy future proceedings on Plaintiffs' dispositive motion. Therefore, the

Court will hold a status conference to address case management concerns on June 10, 2025, following the scheduled oral argument on Defendants' Motion for Summary Judgment.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA