

**United States District Court**
District of New Mexico
Office of the Clerk
Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

Divisional Offices
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

January 22, 2026

<u>*Via Notice of Electronic Filing*</u>
Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

    Re:   *Gospel Light Mennonite Church Medical Aid Plan et al v. New Mexico Office of the Superintendent of Insurance et al   23cv276-MLG-KK*

Dear Mr. Wolpert:

    A Notice of Appeal was filed in the above referenced case.   The attached preliminary record consists of the Notice of Appeal filed January 21, 2026, Order Denying Plaintiffs' Motion to Reverse and Overruling Objections to Order Compelling Discovery filed December 19, 2025, and a copy of the docket entries.

    The docket and appeal fee has been:

☐   Paid

☐   Paid in part

☒   Not paid

☐   Waived

    Counsel for appellant is required to retrieve the appropriate forms for the appeal by referring to the United States Court of Appeals for the Tenth Circuit website at www.ca10.uscourts.gov, and referring to "Forms" located in the "Case Management" tab.

                                       Sincerely,

                                       MITCHELL R. ELFERS
                                       Clerk of Court

                                       By: Amy Padilla
                                       Deputy Clerk