# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GOSPEL LIGHT MENNONITE
CHURCH MEDICAL AID PLAN,
d/b/a LIBERTY HEALTHSHARE;
BREANNA RENTERIA; and
LAURA SMITH,

       Plaintiffs,

v.                                No. 1:23-cv-00276-MLG-KK

NEW MEXICO OFFICE OF THE
SUPERINTENDENT OF INSURANCE and
ALICE KANE, Superintendent of Insurance,
in her official capacity,

       Defendants.

## ORDER COMPELLING DISCOVERY

This matter is before the Court sua sponte. On January 21, 2026, non-party Gospel Light[1] filed a Notice of Appeal from the Court's Order Denying Plaintiffs' Motion to Reverse and Overruling Objections to Order Compelling Discovery, Doc. 217, filed December 19, 2025. *See* Doc. 220. The Tenth Circuit Court of Appeals dismissed Gospel Light's appeal for lack of jurisdiction on March 11, 2026, and denied Gospel Light's petition for rehearing en banc on April 7, 2026. Mandate issued on April 15, 2026. Doc. 232.

Pursuant to the Court's Order Denying Plaintiffs' Motion to Reverse and Overruling Objections to Order Compelling Discovery, Doc. 217, Gospel Light must provide all documents responsive to Subpoena Requests Nos. 4, 5, 7, and 8 for the period from 12 months prior to entry

---

[1] Gospel Light, which does business as Liberty HealthShare, was formerly a plaintiff in this action. *See* Doc. 1 at 4-8. The Court dismissed Gospel Light pursuant to the *Younger* abstention doctrine. *See* Doc. 38 at 23.

1

of the challenged cease-and-desist order to the present. *See* Doc. 217 at 13. Gospel Light may redact information discussing specific medical conditions or treatments. *Id.* This discovery must be provided to Defendants by 5 p.m. Friday, April 24, 2026.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA